UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : **CRIMINAL COMPLAINT** |
| v. | : Honorable James B. Clark, III |
| BRIAN WHITE | : Mag. No. 19-3269 |

I, Joseph R. Sente, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief:

**SEE ATTACHMENT A**

I further state that I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms & Explosives and that this complaint is based on the following facts:

**SEE ATTACHMENT B**

Joseph R. Sente, Special Agent
Bureau of Alcohol, Tobacco, Firearms & Explosives

Sworn to before me and subscribed in my presence,
June 19, 2019, Essex County, New Jersey

Honorable James B. Clark, III
United States Magistrate Judge

Signature of Judicial Officer

**ATTACHMENT A**

**COUNT ONE**
(Possession of Firearms by a Convicted Felon)

On or about June 18, 2019, in the District of New Jersey and elsewhere, the defendant,

**BRIAN WHITE,**

did possess in and affecting commerce two firearms—namely, a 9mm SOTA Arms SA15 pistol, bearing serial number 002902, loaded with twenty-six rounds of 9mm ammunition; and a Smith & Wesson .357 caliber Magnum revolver, bearing serial number BSB5419, loaded with six rounds of ammunition—after having been convicted of a crime punishable by imprisonment for a term exceeding one year in the United States District Court for the District of New Jersey, and did so knowingly.

In violation of Title 18, United States Code, Section 922(g)(1).

**COUNT TWO**

(Possession with Intent to Distribute Cocaine and Heroin)

On or about June 18, 2019, in the District of New Jersey and elsewhere, the defendant,

**BRIAN WHITE,**

knowingly and intentionally did possess with the intent to distribute a quantity of 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, and a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B), and (b)(1)(C).

**COUNT THREE**
(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

On or about June 18, 2019, in Essex County, in the District of New Jersey and elsewhere, the defendant,

**BRIAN WHITE,**

in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, namely, the possession with intent to distribute cocaine and heroin charged in Count Two of this Criminal Complaint, did knowingly possess a firearm.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

**ATTACHMENT B**

I, Joseph R. Sente, am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms & Explosives. I am fully familiar with the facts set forth herein based on my own investigation, my conversations with other law enforcement officers, and my review of reports, documents, and photographs of the evidence. Where statements of others are related herein, they are related in substance and part. Because this complaint is being submitted for a limited purpose, I have not set forth each and every fact that I know concerning this investigation. Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.

1. From at least as early as in or around 2017, various law enforcement agencies have investigated a drug trafficking organization (the "DTO") that manages the open-air narcotics market in and around 921 South 20th Street and 925 South 20th in Newark, New Jersey. The investigation to date has included, among other investigative techniques, multiple court-authorized wiretaps of several cellular telephone devices used in furtherance of the DTO's activities, mobile and fixed surveillance, numerous GPS mobile tracking devices on vehicles used in furtherance of the DTO, controlled purchases, and the execution of premises search warrants.

2. The investigation revealed that the DTO received supplies of narcotics from, among other individuals and locations, a supplier located in Denville, New Jersey (the "Supplier"). The investigation likewise revealed that the Supplier frequented a location on 21st Street in Irvington, New Jersey (the "21st Street Location") in conjunction with deliveries of narcotics.

3. Based on the above, law enforcement obtained a search warrant for the Supplier's residence in Denville, which was executed on or about June 18, 2019. Among other items, officers recovered a firearm and several kilograms of heroin.

4. Following the seizures at the Supplier's residence, law enforcement went to the 21st Street Location to inquire about the Supplier's connection to that location. Upon arrival, officers encountered Brian White ("WHITE"), at which time officers informed WHITE of the ongoing investigation into the DTO. WHITE informed the officers that he knew the Supplier and that the Supplier had been at the 21st Street Location the day prior.

5. Thereafter, WHITE provided oral consent to search the 21st Street Location. In addition, a woman—in whose name the 21st Street Location is rented and who was also present at the time—provided written consent to search. The results of that search revealed:

a. a 9mm SOTA Arms SA15 pistol, bearing serial number 002902, loaded with twenty-six rounds of 9mm ammunition;

b. a Smith & Wesson .357 caliber Magnum revolver, bearing serial number BSB5419, loaded with six rounds of ammunition;

c. approximately 1095 grams of suspected cocaine; and

d. approximately 25 grams of suspected heroin.

6. After these items were recovered, WHITE waived his *Miranda* rights and provided law enforcement with an audio recorded statement in which he stated that these items were his.

7. On or about July 10, 2007, WHITE was convicted in the United States District Court for the District of New Jersey, of possession of a firearm by a convicted felon, in violation of 18 U.S.C. § 922(g)(1), a crime punishable by imprisonment for a term exceeding one year.