UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. John Michael Vazquez, U.S.D.J. |
| v. | : | Crim. No. 19-733 |
| BRIAN WHITE, | : | |
| Defendant. | : | CONSENT JUDGMENT AND PRELIMINARY ORDER OF FORFEITURE AS TO SPECIFIC PROPERTY (FINAL AS TO THE DEFENDANT) |

WHEREAS, on or about October 9, 2019, defendant Brian White pled guilty pursuant to a plea agreement with the United States to a three-count Information (the "Information"), which charged him with being a felon in possession of two firearms, in violation of 18 U.S.C. § 922(g)(1) (Count One); possession with intent to distribute a quantity of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B) (Count Two); and possession of two firearms in furtherance of a drug trafficking crime, in violation of 18 U.S.C. 924(c)(A)(1)(i) (Count Three); and

WHEREAS, pursuant to 21 U.S.C. § 853, a person convicted of an offense in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B), as alleged in Count Two of the Information, shall forfeit to the United States (i) any and all property constituting or derived from any proceeds obtained directly or indirectly as a result of the violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B); and (ii) any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B); and

WHEREAS, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), a person convicted of a Firearms offense in violation of 18 U.S.C. § 922(g)(1) and 924(c)(1)(A)(i), as alleged in Counts One and Three of the Information, shall forfeit to the United States any firearms and ammunition involved in the commission of such offense; and

WHEREAS, in the plea agreement, defendant Brian White further agreed to forfeit to the United States, pursuant to 21 U.S.C. § 853, all of the defendant's right, title, and interest in property constituting or derived from proceeds traceable to a violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), and as property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, a violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C); and

WHEREAS, in the plea agreement, defendant Brian White further agreed to forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461, all of the defendant's right, title, and interest in following property seized on or about June 18, 2019:

1. One Smith & Wesson .357 caliber Magnum revolver, bearing serial number BSB5419;

2. Six rounds of .357 caliber ammunition;

3. One 9mm SOTA Arms SA15 pistol, bearing serial number 002902; and

2. Twenty-six rounds of 9mm ammunition,

(hereinafter referred to as the "Firearms and Ammunition"), as property involved in the commission of a knowing violation of 18 U.S.C. § 922(g)(1) and 924(c)(1)(A)(i); and

WHEREAS, defendant Brian White waives and abandons all right, title, and interest in the Firearms and Ammunition listed above and further waives, releases, and withdraws any claim that defendant may have made with respect to the Firearms and Ammunition and waives and releases any claim that defendant might otherwise have made to the Firearms and Ammunition in the future; and

WHEREAS, Rule 32.2(b)(4)(A) of the Federal Rules of Criminal Procedure provides that a preliminary order of forfeiture may become final at any time before sentencing if the defendant consents; and

WHEREAS, the provisions of 21 U.S.C. § 853(n) require publication and notice to third parties known to have alleged an interest in forfeited specific property and the disposition of any petitions filed under 21 U.S.C. § 853(n) before the United States may have clear title to such property; and

WHEREAS, defendant Brian White:

(1) Consents to the forfeiture to the United States of property constituting, or derived from, proceeds obtained directly or indirectly as a result of the offense charged in Count Two of the Information, to which the defendant has pleaded guilty and property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense, and to the forfeiture of the Firearms and Ammunition as property involved in the commission of the offenses charged in Counts One and Three of the Information, to which the defendant has pled guilty;

(2) Agrees that this Order is final as to the defendant at the time

of its entry by the Court, pursuant to Rule 32.2(b)(4)(A) of the Federal Rules of Criminal Procedure;

(3) Agrees to consent promptly upon request to the entry of any orders deemed necessary by the government or the Court to complete the forfeiture and disposition of the Firearms and Ammunition and the United States Currency;

(4) Waives the requirements of Federal Rules of Criminal Procedure 32.2 and 43(a) regarding notice of forfeiture in the charging instrument, announcement of the forfeiture in the defendant's presence at sentencing, and incorporation of the forfeiture in the Judgment of Conviction;

(5) Acknowledges he understands that forfeiture of property will be part of the sentence imposed upon him in this case and waives any failure by the Court to advise him of this, pursuant to Federal Rule of Criminal Procedure 11(b)(1)(J), during the plea hearing;

(6) Waives, and agrees to hold the United States, and its agents and employees harmless from, any and all claims whatsoever in connection with the seizure, forfeiture, and disposal of the property described above; and

(7) Agrees that the forfeiture does not constitute an excessive fine or violate the Eighth Amendment; and

WHEREAS, good and sufficient cause having been shown, it is hereby ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:

1. As a result of the defendant's conviction of (i) the controlled dangerous substance offense charged in Count Two of the Information, pursuant

to 21 U.S.C. § 853; and (ii) the firearm offense charged in Counts One and Three of the Information, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), and pursuant to Rule 32.2(b)(1) and (b)(2) of the Federal Rules of Criminal Procedure, and based upon the plea agreement, all of the defendant's right, title, and interest in the following property is hereby forfeited to the United States of America for disposition according to law, subject to the provisions of 21 U.S.C. § 853(n):

a. One Smith & Wesson .357 caliber Magnum revolver, bearing serial number BSB5419;

b. Six rounds of .357 caliber ammunition;

c. One 9mm SOTA Arms SA15 pistol, bearing serial number 002902; and

d. Twenty-six rounds of 9mm ammunition,

(the "Specific Property").

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Order of Forfeiture shall be final against defendant Brian White, shall be made part of the sentence of defendant Brian White.

3. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Marshals Service, or its agent or designee, shall maintain or take possession of the Specific Property and hold such property in its secure custody and control.

4. Pursuant to 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, the United States shall publish notice of this Order for at least 30 consecutive days on the government internet site

www.forfeiture.gov. The United States shall also send notice of this Order to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture in the ancillary proceeding.

5. Pursuant to Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(2) and (n)(3), the notice of forfeiture must describe the forfeited property with reasonable particularity, state the times by which a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition. The notice shall also state that the petition (i) shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the Specific Property, (ii) shall be signed by the petitioner under penalty of perjury, and (iii) shall set forth the nature and extent of the petitioner's right, title, or interest in the Specific Property, the time and circumstances of the petitioner's acquisition of the right, title, and interest in the Specific Property, any additional facts supporting the petitioner's claim, and the relief sought.

6. Any person, other than the defendant, claiming interest in the Specific Property must file a petition within 60 days from the first day of publication of notice on the government internet site, or no later than 35 days from the mailing of direct notice, whichever is earlier, pursuant to Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure and Rule G(4) and G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

7. Upon adjudication of all third party interests, the Court will enter a final order of forfeiture pursuant to 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, in which all interests will be addressed.

8. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, upon entry of this Order, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate, or dispose of the Specific Property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

9. This Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

ORDERED this 13th day of May, 2020.

HONORABLE JOHN MICHAEL VAZQUEZ
United States District Judge

The undersigned hereby consent to
the entry and form of this order:

CRAIG CARPENITO
United States Attorney

By: DESIREE GRACE LATZER
Assistant United States Attorney

Dated: May 13, 2020

s/Michael V. Calabro
MICHAEL V. CALABRO, ESQ.
Attorney for Defendant Brian White

Dated: May 13, 2020